08/05/2025

US BKPT CT PA PHILADELPH
900 MARKET ST RM 400 PHILADELPHIA PA 19107

RE: **Chapter 7 or 13 Bankruptcy**

Public Record - US BKPT CT PA PHILADELPH - 06/14/20242412040AMC

Dear Clerk or Authorized person,

I recently obtained my credit report from each of the three credit reporting agencies, and I discovered that a bankruptcy was listed under my name. I had no idea that you guys disclosed this sensitive data to the credit reporting agencies without getting permission from the users. They acknowledged that you reported it when I called them. I would like to request a letter from you saying whether or not you report to the credit reporting agencies, the method you use to do so, the person or department who reported the information, and the steps you took to do so.

Please send me a letter back stating if you report to the credit reporting agencies or not.

Thank you for your help in this matter.

Sincerely,

**Nelson Nazario**
3122 Hellerman St Philadelphia PA 19149

FILED
AUG 11 2025
TIMOTHY McGRATH, CLERK