



**peco**
AN EXELON COMPANY

Page 1 of 3

Name:              NELSON STEVEN NAZARIO
Account Number:    0197227000
Phone Number:      267-591-9488
Service Address:   3122 Hellerman St, Philadelphia



PECO ELECTRIC DELIVERY

ELECTRIC
$250.26

TAXES & FEES

PECO
2301 MARKET STREET
PHILADELPHIA, PA 19103
800-494-4000
peco.com

**Emergency and Repair**

 800-841-4141

This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.

**Billing Summary**

| | |
|---|---|
| Bill Date | 07/09/2025 |
| Thank you for your payment of $182.64 on 07/07/2025 | |
| Charges/Credits from previous bill | $182.64 |

**Current Period Charges**

| | |
|---|---|
| Electric | $250.26 |
| **Total New Charges** | **$250.26** |
| **Total Amount Due on 07/31/2025** | **$250.26** |

**General Information**
Next scheduled meter reading: 08/11/2025

800-494-4000
If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 800-494-4000 antes de la fecha de vencimiento.

peco.com/service
**Customer Self Service - Manage Your Account 24/7**
Start, stop and move your service

---

 Online: peco.com        In Person: 2301 Market St., Philadelphia, PA 19103         By Phone: 800-494-4000



Return only this portion with your check made payable to PECO. Please write your account number on your check.

**peco**
AN EXELON COMPANY

2301 Market Street
Philadelphia, PA 19103-1380

**Pay Today!**
peco.com/ebill
Go paperless: receive and pay your bill online.

☐ Enroll in Automatic Payment. *Complete form on reverse side.*
☐ Pledge a donation to MEAF. *Complete form on reverse side.*

**Account # 0197227000**    877-432-9384
Pay by phone, a convenience fee will apply.

| Please pay this amount by 07/31/2025 | $250.26 |
|---|---|

**Payment Amount**    $                    .

0004248 01 AV 0 54  **AUTO  T5 0 8074 19149-313122   -C03-B1-P04252-1123 5

NELSON STEVEN NAZARIO
3122 HELLERMAN ST
PHILADELPHIA, PA 19149-3131



PECO - PAYMENT PROCESSING
PO BOX 37629
PHILADELPHIA PA 19101-0629



0197227000010025026521202 50269